# **EXHIBIT C**

**Jam Trucking EFA 100825 - Itemized Deficiency Balance**

| | |
|---|---:|
| Book Balance | $123,444.34 |
| Total Interest | $11,183.54 |
| Repairs | $4,400.00 |
| Relocation/ Repossession | $1,995.00 |
| Title Fees | $152.55 |
| **Total** | **$141,175.43** |