# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAM TRUCKING, INC., | ) | Case No. 25-50061 |
| | ) | |
| Debtor, | ) | Chapter 11 |
| | ) | |
| | ) | |
| MIDCOUNTRY EQUIPMENT FINANCE, | ) | |
| a division of MIDCOUNTRY BANK, | ) | |
| | ) | |
| Movant. | ) | |

## CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter came before the Court on the Consent Motion for Relief from Automatic Stay filed by creditor MidCountry Equipment Finance, a division of MidCountry Bank ("Movant"). Upon careful review of the record in this case, and with the consent of Jam Trucking, Inc. (the "Debtor"), **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED IN FULL, BY CONSENT.**

2. Relief from the automatic stay is granted to Movant for the purpose of allowing Movant to enforce its interests in, and execute upon the following described property of the Debtor to wit: 2020 Peterbilt Model 389, VIN 2XPXD40X9LM663239, together with all accessions, additions, replacements, and proceeds thereof (the "Vehicle").

3. Relief from the automatic stay shall not be stayed for fourteen (14) days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4).

4. Any excess proceeds from the disposition of the Vehicle shall be turned over to the Debtor.

Dated: September 19, 2025.

MK_MPLS\20891\4\3253854.v1-9/16/25

Order Prepared by:

*/s/ Trisha R. Hudkins*
Trisha R. Hudkins (WVSB #12667)
Obermayer Rebmann Maxwell & Hippel LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219-2502
Phone: 412.209.1352
Fax: 412.281.1530
Email: trisha.hudkins@obermayer.com
*Counsel to MidCountry Equipment Finance,
a division of MidCountry Bank*

Consented to and copy to:

*/s/ Brian Richard Blickenstaff*
Brian Richard Blickenstaff
Johns & Associates, PLLC
101 Brook Hill Drive
Charleston, WV 25311
Email: bblickenstaff@johnswvlaw.com
*Attorney for Debtor*

BY THE COURT:

Dated: _____    _____
                                                  Honorable B. McKay Mignault
                                                  United States Bankruptcy Judge