# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **In re:** | Chapter 11 |
| **JAM TRUCKING, INC.,** | Case No. 25-50061 |
| Debtor. | Hon. B. McKay Mignault |

## NOTICE OF CONSENT MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE IS HEREBY GIVEN of the attached Consent Motion for Relief from the Automatic Stay in the above-styled case.

Failure to respond in writing within fourteen (14) days from the date of this notice may result in the requested relief being granted by the Court without a hearing or further notice; but

If a response is filed in writing within fourteen (14) days, hearing on the motion and response thereto will be held at a time, date and place to be set by order of this Court.

Dated: October 6, 2025

By: */s/ Trisha R. Hudkins*
Trisha R. Hudkins, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219-2502
Phone: (412) 566-1500
Email: trisha.hudkins@obermayer.com
*Counsel to MidCountry Equipment Finance,*
*a division of MidCountry Bank*