Form ntcdeford

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

| | | |
|---|---|---|
| In Re: | JAM Trucking, INC.<br>Debtor | Case No.: 5:25–bk–50061<br>Chapter: 11 |

**NOTICE OF DEFICIENT PROPOSED ORDER/PROPOSED AGREED ORDER**

    NOTICE IS HEREBY GIVEN that the Proposed Order/Proposed Agreed Order submitted via CM/ECF is deficient and must be corrected and re–filed for the following reasons:

☑ Proposed Order/Proposed Agreed Order was submitted as an attachment to a Motion/Pleading and not e–filed separately. Please re–file in CM/ECF using the Proposed Order or Proposed Agreed Order event code under the Miscellaneous category and link back to the pleading in which it relates.

☐ The Proposed Order/Proposed Agreed Order has a signature line at the end of the Order for the Judge's signature that needs to be removed.

☐ The Proposed Order/Proposed Agreed Order does not have the required 2 inch margin at the top of the Order.

☐ The proposed order granting telephonic appearance contains the caller's phone number. A new proposed order should be submitted that removes the caller's phone number and instead contains the Court's teleconference number of 1–855–244–8681, access code 2307 696 5636

☐ Other:

    NOTICE IS FURTHER GIVEN that no action will be taken on the deficient proposed order until a corrected order is submitted.

OR

☐     NOTICE IS HEREBY GIVEN that no proposed order was submitted by counsel regarding:

**75** – Motion Filed by Creditor MidCountry Equipment Finance, a division of MidCountry Bank to Grant Consent Motion for Relief from the Automatic Stay Pursuant to Section 362(d) of the United States Bankruptcy Code and Request for Waiver of 14–Day Stay Under Federal Rule of Bankruptcy Rule with Notice of Motion and with Certificate of Service. Objection Due: 10/20/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Proposed Consent Order # 5 Notice of Consent Motion) (Hudkins, Trisha)

Counsel is notified that no action will be taken on such motion until a proposed order is submitted.

Dated: October 7, 2025

                                                                   Lesley Hoops, Clerk

                                                                   By
                                                                   Delea Thomas, Deputy Clerk